## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **BRADFORD GLEN, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Civil Action: _____ |
| | ) | |
| **SUNRISE DEVELOPMENT, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d) and Local Rule 81.1, Defendant, Sunrise Development, Inc., hereby removes this action from the Superior Court in and for Middlesex County, Massachusetts to the United States District Court, District of Massachusetts. The grounds for removal are as follows:

1.     Sunrise Development, Inc. is the Defendant in a Complaint (hereafter referred to as the "State Court Complaint") filed by the Plaintiff, Bradford Glen, Inc. ("Bradford") in the Superior Court in and for Middlesex County, Massachusetts. The suit is identified therein as Bradford Glen, Inc. v. Sunrise Development, Inc., Case Number: # MICV2010-03491-L2 ("State Court Action").

2.     A copy of all the pleadings in the State Court Action are attached hereto as Exhibit "A." Pursuant to Local Rule 81.1(a), the Defendant shall request certified records/pleadings of the state court proceedings from the Middlesex Superior Court and shall file the same with this Court within thirty (30) days after the filing of this Notice of Removal.

3.     Bradford is an entity formed pursuant to the laws of the State of Massachusetts and, at all relevant times, its principal place of business has been in Massachusetts.

1

1289826v1

4.     At all relevant times, Sunrise Development, Inc. was and remains a corporation organized and existing under the laws of Virginia. At all relevant times, Sunrise Development, Inc.'s principal place of business was and is in Virginia.

5.     The State Court Action is an action for declaratory relief, breach of contract, and related claims. Based on the allegations in the State Court Complaint, the monetary value of the object of the litigation exceeds $75,000.00.

6.     Pursuant to 28 U.S.C. § 1332(a)(1), this Court has original jurisdiction over the case in that it is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs.

7.     Sunrise Development, Inc. has filed this Notice of Removal within 30 days of receiving the initial pleadings and summons in the State Court Action.

8.     Sunrise Development, Inc. is the only named Defendant in the State Court Action and based thereupon alleges that there are no other Defendants who have been served in the State Court Action. Accordingly, there are no other Defendants who would be required to join in this petition for removal.

9.     Concurrent with the filing of this Notice of Removal, Defendant has filed a copy of the Notice of Removal with the aforementioned Superior Court in and for Middlesex County, Massachusetts.

10.    Defendant represents that it has complied with all procedures set forth in 28 U.S.C. § 1446.

WHEREFORE, Petitioner, Sunrise Development, Inc., Defendant in the above-captioned action, respectfully removes the action from the Superior Court in and for the Middlesex County,

1289826v1

Massachusetts to the jurisdiction of this Court.

Respectfully submitted,

SUNRISE DEVELOPMENT, INC.

By: _____
Corey M. Dennis, BBO #673345
cdennis@morrisonmahoney.com
Joseph M. Desmond, BBO #634883
jdesmond@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
Tel: 617.439.7554
Fax: 617.342.4935

Of Counsel:
Charlie C.H. Lee
Kristen A. Bennett
Leonardo N. Ortiz
MOORE & LEE, LLP
1650 Tysons Boulevard, Suite 1150
McLean, Virginia  22102-4225
Tel:  (703) 506-2050
Fax:  (703) 506-2051

3

1289826v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. mail to: Denise A. Brogna, Esq., Johnson & Borenstein, LLC, 12 Chestnut Street, Andover, MA 01810, on this 13th day of October, 2010.

BY: _____
Corey M. Dennis
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
Tel: 617.439.7554
Fax: 617.342.4935

4

1289826v1