**UNITED STATES DISTRICT COURT**
**FOR THE DISSTRICT OF MASSACHUETTS**

                                                  Civil Action: 1:10-CV-11746-MLW

BRADFORD GLEN, Inc.
       Plaintiff

v.

SUNRISE DEVELOPMENT, INC.
       Defendant

**REPORT ON EARLY MEETING OF COUNSEL**
**F.R.C.P. RULE 26(f)**

Counsel for the parties hereto met on Friday October 29, 2010 at 2:15 p.m. via telephone conference pursuant to Federal Rules of Civil Procedure, Rule 26(f) and discussed the nature and the basis of each party's claims and defenses and the possibility for prompt settlement or resolution and to arrange for early disclosures under Rule 26(a).

**1.**     **Early Disclosure**: The parties agreed to make their Rule 26(a) exchange within 30 days of the October 29, 2010 early meeting of counsel.

**2.**     **Settlement/Early Dispute Resolution**: The parties agreed to attempt mediation through a neutral mediator within 100 days of the of the October 29, 2010 early meeting of counsel. The parties have proposed January 21, 25, 28 and 31, 2010 as potential dates for mediation, which actual date will be dependent upon the selected mediator.

**3.**     **Discovery**:

    a.     the parties agreed to exchange written discovery requests within 100 days of the of the October 29, 2010 early meeting of counsel.

    b.     the parties agreed to preserve to the best of their abilities electronic communications.

      c.      the parties agreed that attorney work product and attorney client communications do not need to be produced, nor does a log of those documents held under either privilege need to be produced.

      d.      the parties agreed that fact discovery shall be completed by May 27, 2011 and that notice of deposition of witnesses previously employed by defendant shall go through defense counsel, and notice of deposition for witnesses previously employed by plaintiff shall go through plaintiff's counsel, and third party witnesses shall be subject to and served with appropriate subpoenas.  The parties agree to notify each other if there are issues making prior employees available for deposition

      e.      plaintiff's expert witness disclosure including expert curriculum vitae and reports shall be completed and exchanged by June 3, 2011.

      f.      defendant's expert witness disclosure including expert curriculum vitae and reports shall be completed and exchanged by July 8, 2011.

      g.      either party's expert rebuttal witness disclosure including curriculum vitae and reports shall be completed and exchanged by August 2, 2011.

      h.      expert depositions shall be completed by September 16, 2011.

**4.**      **Dispositive Motions**: the parties agree to file dispositive motions by October 14, 2011

**5.**      **Expedited Schedule**: The parties do not see this matter as one that would accommodate an expedited schedule.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Attorney for Sunrise Development, Inc. | Attorney for Bradford Glen, Inc. |
| /s/ Corey M. Dennis | /s/ Denise A. Brogna |
| Corey M. Dennis, Esq. | Denise A. Brogna, Esq. |
| Morrison Mahoney, LLP | Johnson & Borenstein, LLC |
| 250 Summer Street | 12 Chestnut Street |
| Boston, MA 022110 | Andover, MA 01810 |
| cdennis@morrisonmahoney.com | denise@jbllclaw.com |

Respectfully submitted,                           Respectfully submitted,
Attorney for Sunrise Development, Inc.     Attorney for Sunrise Development, Inc.

/s/ Joseph M. Desmond                   /s/ Kristin A. Bennett
Joseph M. Desmond, Esq.               Kristin A. Bennett, Esq.
Morrison Mahoney, LLP                Moore & Lee LLP
250 Summer Street                        1650 Tyson Boulevard, Suite 1150
Boston, MA 022110                     McLean, VA 22102
jdesmond@morrisonmahoney.com      k.bennett@mooreandlee.com

Respectfully submitted,                           Respectfully submitted,
Attorney for Sunrise Development, Inc.     Attorney for Sunrise Development, Inc.

/s/ Leonardo N. Ortiz                    /s/ Charlie C.H. Lee
Leonardo N. Ortiz, Esq.                 Charlie C.H. Lee, Esq.
Moore & Lee LLP                        Moore & Lee LLP
1650 Tyson Boulevard, Suite 1150       1650 Tyson Boulevard, Suite 1150
McLean, VA 22102                      McLean, VA 22102
l.ortiz@mooreandlee.com               c.lee@mooreandlee.com

CERTIFICATE OF SERVICE

I, Denise A. Brogna, hereby certify that I have this 29th day of November, 2010, served the foregoing **REPORT ON EARLY MEETING OF COUNSEL**, via this Court's ECF system, upon all other parties in this matter as follows:

Corey M. Dennis, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 022110
cdennis@morrisonmahoney.com

Joseph M. Desmond, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 022110
jdesmond@morrisonmahoney.com

Charlie Lee, Esq.
Moore & Lee LLP
1650 Tyson Boulevard, Suite 1150
McLean, VA 22102
c.lee@mooreandlee.com

Kristin A. Bennett, Esq.
Moore & Lee LLP
1650 Tyson Boulevard, Suite 1150
McLean, VA 22102
k.bennett@mooreandlee.com

Leonardo N. Ortiz, Esq.
Moore & Lee LLP
1650 Tyson Boulevard, Suite 1150
McLean, VA 22102
l.ortiz@mooreandlee.com

             /s/ Denise A. Brogna
             Denise A. Brogna